# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Colloton, Steven M. | US Ct. of Appeals-8th Circuit | 05/17/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

110 E. Court Avenue, Suite 461
Des Moines, IA 50309-2053

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | James Madison Memorial Fellowship Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 05/17/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UC Davis School of Law | Apr. 4-6, 2014 | Davis, CA | Moot court competition | Travel, lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 05/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MidWestOne - Accounts | A | Interest | M | T | | | | | |
| 2. MidWestOne Financial Group Inc - Common Stock | A | Dividend | K | T | | | | | |
| 3. Vanguard Prime Money Market Fund | A | Dividend | K | T | Buy (add'l) | 06/02/14 | L | | |
| 4. | | | | | Sold (part) | 06/10/14 | K | | |
| 5. | | | | | Sold (part) | 07/10/14 | K | | |
| 6. Vanguard Intermediate Term Tax-Exempt Inv Muni Bond Fund | B | Dividend | K | T | Buy (add'l) | 04/07/14 | K | | |
| 7. | | | | | Buy (add'l) | 05/20/14 | K | | |
| 8. | | | | | Buy (add'l) | 06/10/14 | K | | |
| 9. | | | | | Buy (add'l) | 07/10/14 | K | | |
| 10. | | | | | Sold (part) | 07/14/14 | L | | |
| 11. Vanguard Long-Term Tax-Exempt Fund Investor Shares | B | Dividend | K | T | | | | | |
| 12. Vanguard Total International Stock Index Admiral Shares | B | Dividend | L | T | Buy (add'l) | 06/12/14 | K | | |
| 13. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 14. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 15. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 16. Vanguard Ext. Market Index Fund Admiral Shares | A | Dividend | L | T | | | | | |
| 17. Vanguard 500 Index Fund Admiral Shares | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Intermediate Term Tax-Exempt Admiral Shares | B | Dividend | L | T | Buy | 07/14/14 | L | | |
| 19. | | | | | Buy (add'l) | 10/10/14 | K | | |
| 20. | | | | | Buy (add'l) | 12/16/14 | K | | |
| 21. Vanguard Intl Bond Index Investor Shares | A | Dividend | | | Buy | 04/07/14 | J | | |
| 22. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 23. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 24. | | | | | Sold | 06/12/14 | J | | |
| 25. Vanguard Stock Mkt Index Admiral Shares | B | Dividend | M | T | Buy | 04/07/14 | K | | |
| 26. | | | | | Buy (add'l) | 05/20/14 | K | | |
| 27. | | | | | Buy (add'l) | 06/10/14 | K | | |
| 28. | | | | | Buy (add'l) | 07/10/14 | K | | |
| 29. | | | | | Buy (add'l) | 10/10/14 | K | | |
| 30. | | | | | Buy (add'l) | 12/16/14 | K | | |
| 31. Vanguard Total Intl Bond Index Admiral Shares | A | Dividend | K | T | Buy | 06/12/14 | J | | |
| 32. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 33. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 34. | | | | | Buy (add'l) | 12/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Intl Stock Index Investor Shares | | None | | | Buy | 04/07/14 | J | | |
| 36. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 37. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 38. | | | | | Sold | 06/12/14 | K | | |
| 39. Nationwide Life Insurance Company - Whole Life Policy | A | Dividend | J | U | | | | | |
| 40. FNBO Direct - Account | A | Interest | J | T | | | | | |
| 41. HSBC - Account | A | Interest | | | Closed | 05/16/14 | L | | |
| 42. Coll. Svgs Iowa 529 Plan Accts, Mod. Gr. Port. (no conrol) | | None | N | T | Buy (add'l) | 12/31/14 | J | | |
| 43. U of IA, Rec Facs Rev Bond, 4.1%, Due - 7/1/2019 | A | Interest | J | T | | | | | |
| 44. U of IA, Rec Facs Rev Bond, 4.5%, Due - 7/1/2027 | A | Interest | J | T | | | | | |
| 45. U of IA, Rec Acad Bldg Bond, 4%, Due - 7/1/2017 | A | Interest | J | T | | | | | |
| 46. U of IA, Rec Facs Rev Bond, 4%, Due - 7/1/2018 | A | Interest | K | T | | | | | |
| 47. Federated Institutional Tr Hi Yield Bond Fund | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 48. IA SUI Bond, 3.6%, Due - 7/1/2019 | A | Interest | J | T | | | | | |
| 49. Univ IA Hosp & Clinics Bond, 6.125%, Due - 9/1/2028 | B | Interest | K | T | | | | | |
| 50. West Branch Iowa Comm School Dist Bond, 4.1%, Due - 7/1/2023 | A | Interest | K | T | | | | | |
| 51. Iowa St Brd Regents Hosp Rev, 3.4%, Due - 9/1/2023 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 05/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnston Comm Sch District Bond, 3.5%, Due - 7/1/2024 | A | Interest | K | T | Buy | 01/07/14 | K | | |
| 53. St Univ of IA Acad Bldg-Ser SUI | A | Interest | J | T | Buy | 03/12/14 | J | | |
| 54. TIAA-CREF Equity Index - RTL | A | Dividend | J | T | | | | | |
| 55. Founders LLC, common units | | None | J | U | | | | | |
| 56. KNDR HealthCare LLC, Series A units | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 05/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report is amended in Part VII, line 42, Part D. During preparation of a financial disclosure report for 2015, filer recognized that a transaction was inadvertently omitted in the financial disclosure report for 2014 dated May 13, 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M. | 05/17/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven M. Colloton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544